

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2020

No. 04-19-00518-CR

Camron Leo **SANCHEZ-VASQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR8320
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

The State filed its brief on December 20, 2019; Appellant's reply brief was due on January 9, 2020. *See* TEX. R. APP. P. 38.6(c). On the due date, Appellant filed a motion for extension of time to file a reply brief until January 24, 2020.

Appellant's motion is GRANTED. *See id.* R. 38.6(d). Appellant's reply brief must be filed in this court by January 24, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court